# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #:  3:21-cr-091-1                                    Date:  September 8, 2022

### United States of America        vs.        Jessie David Gough

**PROCEEDINGS:  In Person Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.  The defendant shall remain released pending sentencing with all previous conditions to apply.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

| Jason Huffaker | Kara Nagorny | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| LaToyia T. Carpenter | | Dominic Garduno |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

☐    No plea agreement filed

■    Plea Agreement [23] filed on August 9, 2022    ☐ sealed    ■unsealed

■    Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.

■    Defendant moved to change plea    ■ granted    ☐ denied

■    Defendant waived reading of the Indictment    ☐ Indictment read

■    Defendant pleaded guilty to Count 1 of the Indictment.

☐    Government moved to dismiss the remaining counts as to this defendant at sentencing.

■    Referred for Presentence Investigative Report.

■    DATE SET:   **Sentencing:**  February 10, 2023 at 10:30 am in Courtroom 3C
                **Before** the Honorable Katherine A. Crytzer, United States District Judge

---

• Parties must adhere to Local Rules 83.9.

• If any witnesses are to be called at sentencing, parties must expressly notify the Court at least fourteen days prior to the sentencing date.

---

☐    Defendant to remain on conditions pending sentencing

☐    Defendant remanded to custody of the U.S. Marshal

1:24 – 1:51